| AO 10 Rev. 1/2012 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2011 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Tomlinson, A. Kathleen | Eastern District of New York | 05/12/2012 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Magistrate Judge | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final | 01/01/2011 to 12/31/2011 |
| | 5b. ☐ Amended Report | |

**7. Chambers or Office Address**

Alphone D'Amato US Courthouse
914 Federal Plaza
Central Islip, NY 11722

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tomlinson, A. Kathleen | 05/12/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

✔  NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

✔  NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

✔  NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tomlinson, A. Kathleen | 05/12/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | American Express FSB Mortgage | Shared mortgage ▓▓▓ home, Livingston, NJ | L |
| 2. | Citizens First Bank | Mortgage on Rental Property #1 , The Villages, Florida (Pt. VII, line 19) | L |
| 3. | Citizens First Bank | Mortgage on Rental Property #2 , The Villages, Florida (Pt. VII, line 20) | M |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tomlinson, A. Kathleen | 05/12/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Citibank Accounts | A | Interest | L | T | | | | | |
| 2. IBM Stock | A | Dividend | K | T | | | | | |
| 3. Hartford Select Dimensions Variable Annuity | B | Dividend | L | T | | | | | |
| 4. Prudential Financial | A | Dividend | J | T | | | | | |
| 5. TIAA/CREF Account | A | Dividend | J | T | | 2/6/11 | | | partial account rollover* |
| 6. Allianz Vision New York Qualified IRA | A | Interest | N | T | | 2/6/11 | | | rollover from TIAA/ CREF* |
| 7. Farrell Fritz/ABA Retirement Invest Only: | | | | | | | | | |
| 8. ---Small-Mid Cap Equity Fund/State Street B & T Russell 2000 | A | Dividend | L | T | | | | | |
| 9. --- Aggressive Risk Fund | A | Dividend | K | T | | | | | |
| 10. ---Small-Cap Index Eq Fund/Russell 2000 Index | A | Dividend | K | T | | | | | |
| 11. --- International All Cap Equity/MSCI All Country World | A | Dividend | K | T | | | | | |
| 12. Farrell Fritz/ABA Retirement Profit Sharing: | | | | | | | | | |
| 13. --- International AllCap Equity/ MSCI All Country World | A | Dividend | K | T | | | | | |
| 14. ---Bond Fund/ Barclays Capital U.S. Aggregate Bond Index | B | Dividend | K | T | | | | | |
| 15. ---Moderate Risk Fund | A | Dividend | K | T | | | | | |
| 16. ---Small Cap Index Equity Fund/Russell 2000 | A | Dividend | L | T | | | | | |
| 17. ---Small-Mid Cap Equity Fund/State Street B & T Russell 2000 | A | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tomlinson, A. Kathleen | 05/12/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. ---International Index Equity/State Street Bank MSCI | A | Dividend | K | T | | | | | |
| 19. Rental Prop #1 The Villages, FL (7/08 $290,000) | D | Rent | N | R | | | | | |
| 20. Rental Prop #2: The Villages, FL (8/05 $145,000) | E | Rent | M | R | | | | | |
| 21. 1st Global Capital Corp. Prime Fund Capital Reserves Ret | | None | | | Closed | 2/9/11 | | | ***see Part VIII |
| 22. First Global Capital Corp. Money Market Tax-Exempt Fund Cap | A | Dividend | J | T | | | | | |
| 23. American Amcap Fund Class F | A | Dividend | L | T | | | | | |
| 24. Davis NY Venture A | A | Dividend | L | T | | | | | |
| 25. T Rowe Price Equity Income | A | Dividend | K | T | | | | | |
| 26. Franklin NY Tax Free Class A | A | Int./Div. | | | Sold | 12/16/11 | J | A | |
| 27. Oppenheimer Limited Term NY Muni Class A | | None | | | Sold | 2/9/11 | L | | |
| 28. T Rowe Price NY Tax Free Bond | A | Interest | L | T | Buy | 2/9/11 | L | | |
| 29. ishares Tr S & P World Ex-US PPTY Index Fd 135 | | None | J | T | | | | | |
| 30. ishares TR MSCI Emerging Mkets Index Fd | A | Dividend | K | T | | | | | |
| 31. Barclays Bk Plc IPATH Index Lkd Secs to GSCI | | None | J | T | | | | | |
| 32. Royce Opportunity Fund Invest Class | B | Dividend | L | T | | | | | |
| 33. UMB Scout International | A | Dividend | K | T | | | | | |
| 34. Nat'l Financial Services LLC / Oppenheimer Ltd Term NY Muni | A | Int./Div. | | | Sold | 7/30/11 | L | | ** see Part VIII |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tomlinson, A. Kathleen | 05/12/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

** Line 34  tis fund was liquidated upon the death of ▮▮▮▮ in 2011 and distributed to ▮▮▮▮▮▮ . The account was initially funded by ▮ ▮▮▮▮ to pay bills/expenses long-term for ▮▮▮ while ▮▮▮ last years.

*** Line 21:  This was a catch-all account for short-term interest that was not enough to be re-invested.  Given the losses in many of the funds for last year, this cash-equivalent fund was depleted and closed.

| Name of Person Reporting | Date of Report |
|---|---|
| Tomlinson, A. Kathleen | 05/12/2012 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ A. Kathleen Tomlinson**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544